Mary Cochenour
Amanda D. Galvan
Jenny Harbine
Earthjustice
1716 W. Babcock St.
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9699
mcochenour@earthjustice.org
agalvan@earthjustice.org
jharbine@earthjustice.org
*Attorneys for Intervenor-Respondent*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STATE OF MONTANA, BY AND THROUGH ITS GOVERNOR, MONTANA DEPARTMENT OF LIVESTOCK, MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION, AND MONTANA DEPARTMENT OF FISH, WILDLIFE, AND PARKS,<br><br>  Petitioner,<br><br>  v.<br><br>Deb Haaland, IN HER OFFICIAL CAPACITY AS Secretary of the United States Department of the Interior; THE UNITED STATES DEPARTMENT OF THE INTERIOR; TRACY STONE-MANNING, in her official capacity as Director of the United States Bureau of Land Management; THE UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the | Civ. No.: CV-24-107-GF-BMM<br><br>**NOTICE OF AFFILIATION AND ADDRESS CHANGE** |

United States Department of the Interior;
and, KATHY TRIBBY, Acting Field
Manager of the Malta Field Office of the
United States Bureau of Land
Management,

    Respondents,

AMERICAN PRAIRIE,

    Intervenor-Respondent.

Counsel, on behalf of Intervenor American Prairie, hereby notifies the Court and the parties that Mary Cochenour has changed law firm affiliation, phone number, email, and office address. Please update the contact information for Mary Cochenour to the following:

    Mary E. Cochenour
    Cochenour Law Office, PLLC
    7 West 6th Avenue, Suite 4F
    PO Box 1914
    Helena, MT 59624
    (406) 422-8716
    mary@cochenourlawoffice.com

Dated this 2nd day of June, 2025.

/s/ Mary Cochenour
Mary Cochenour
Amanda D. Galvan
Jenny Harbine
Earthjustice
1716 W, Babcock St
P.O. Box 4743
Bozeman, MT 59772-4743
(406) 586-9699
mcochenour@earthjustice.org
agalvan@earthjustice.org
jharbine@earthjustice.org
*Attorneys for Intervenor-Respondent*