IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STATE OF MONTANA, BY AND THROUGH ITS GOVERNOR, MONTANA DEPARTMENT OF AGRICULTURE, MONTANA DEPARTMENT OF LIVESTOCK, MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION, AND MONTANA DEPARTMENT OF FISH, WILDLIFE AND PARKS,<br>             Petitioner,<br>v.<br><br>DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, et al.,<br><br>             Respondents,<br><br>AMERICAN PRAIRIE,<br><br>             Intervenor-Respondent. | Civ. No. 4:24-cv-00107-BMM<br><br>**ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION FOR LEAVE TO APPEAR BY VIDEO AT THE OCTOBER 6, 2025, HEARING OR, IN THE ALTERNATIVE, TO RESCHEDULE HEARING** |

      Before the Court is Respondents' Unopposed Motion for Leave to Appear by Video at the October 6, 2025, Hearing or, In the Alternative, to Reschedule Hearing.  The Court hereby grants Respondents' Motion. Respondents are permitted to appear by video at the October 6, 2025, hearing on Petitioner's Motions to Complete the Administrative Record and to Supplement the

1

Administrative Record. The clerk of court is directed to provide counsel for Respondents with the information necessary to access the video conference.

DATED this 17th day of September 2025.

_____
Brian Morris, Chief District Judge
United States District Courts