**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| STATE OF MONTANA, BY AND THROUGH ITS GOVERNOR, et al., | CV-24-107-GF-BMM |
| Petitioner, | **STIPULATION OF VOLUNTARY DISMISSAL** |
| v. | |
| DOUG BURGUM, in his official capacity as Secretary of the United States Department of the Interior, et al., | |
| Respondents, | |
| AMERICAN PRAIRIE, | |
| Intervenor-Respondent. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the voluntary dismissal of the above-captioned case. Rule 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing…(ii) a stipulation of dismissal signed by all parties who have appeared." The parties request that the Clerk close this case.

RESPECTFULLY SUBMITTED this 12th day of January, 2026.

ANITA Y. MILANOVICH
Office of the Governor
BRIAN C. BRAMBLETT
Montana Department of Natural Resources
and Conservation

ALEXANDER R. SCOLAVINO III
Montana Department of Fish, Wildlife and
Parks
ANNA KECSKES
Montana Department of Agriculture
LINDSEY SIMON
Montana Department of Livestock

/s/ *Rachel K. Meredith*_____
RACHEL K. MEREDITH
Office of the Governor
1301 E. 6th Avenue
PO Box 200801
Helena, MT 59620-0801
Phone: 406-444-5503
Email: rachel.meredith@mt.gov
*Counsel for Petitioner*

ADAM R.F. GUSTAFSON
Principal Deputy Attorney General

/s/ *Daniel C. Luecke*_____
DANIEL C. LUECKE
Trial Attorney, Natural Resources Section
Ben Franklin Station, PO Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-7863
Email: Daniel.luecke@usdoj.gov
*Attorneys for Federal Respondents*

/s/_*Mary Cochenour*_____
MARY COCHENOUR
Cochenour Law Office, PLLC
7 West 6th Avenue, Suite 4F

Stipulation of Voluntary Dismissal--2

PO Box 1947
Helena, MT 59624
Telephone: (406) 422-8716
Email: mary@cochenourlawoffice.com
JENNY HARBINE
Earthjustice
1716 Babcock St.
PO Box 4743
Bozeman, MT 59772-4743
Telephone: (406) 586-9699
Email: jharbine@earthjustice.org
*Attorneys for American Prairie*

Stipulation of Voluntary Dismissal--3

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all parties via CM/ECF electronic notice.

/s/ Rachel K. Meredith
Rachel K. Meredith